

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 22 AM 9: 38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case Number: **'08 MJ 0517** |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 31, U.S.C., Section 5332 |
| Armando ARAMBURO-Uribe ) | Bulk Cash Smuggling |
| Defendant, ) | |

The undersigned complaint being duly sworn states:

That on or about February 20, 2008, within the Southern District of California, Armando ARAMBURO-Uribe, did knowingly and intentionally conceal on his person more than $10,000.00 in US currency and attempt to transport such currency from a place inside the United States to a place outside of the United States, with the intent to evade the currency reporting requirement; in violation of Title 31, United States Code, Section 5332.

_____
Special Agent Daniel G. Villalva
US Immigration and Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 21st DAY OF February, 2008

_____
MAGISTRATE JUDGE



# PROBABLE CAUSE STATEMENT

On February 20, 2008, at approximately 1:00 PM, Customs and Border Protection (CBP) –Border Patrol Officer Gerardo Ballesteros was conducting southbound inspections at the San Ysidro California, Port of entry Westside (southbound) pedestrian gate. Officers observed a male, later identified as Armando ARAMBURO-Uribe, who stepped into a line of pedestrians being inspected prior to entering into Mexico.

Officer Ballesteros noticed that ARAMBURO-Uribe, upon realizing the law-enforcement presence, attempted to return northbound so as to avoid the inspection. Officer Ballesteros approached ARAMBURO-Uribe, who agreed to speak with Officer Ballesteros. Officer Ballesteros then questioned ARAMBURO-Uribe, as to why he had stepped out of line. ARAMBURO-Uribe stated he had forgotten his cell phone at a nearby store. Officer Ballesteros asked ARAMBURO-Uribe where he was heading. ARAMBURO-Uribe stated he was going to Mexico. Officer Ballesteros asked for and received a negative currency declaration from ARAMBURO-Uribe. Officer Ballesteros asked ARAMBURO-Uribe for consent to search both ARAMBURO-Uribe and his belongings. ARAMBURO-Uribe agreed to the search. During the search Officer Ballesteros found papers determined to be money orders totaling approximately $12,000 USD. The money orders were in bearer form. Officer Ballesteros advised ARAMBURO-Uribe of the currency reporting requirements and ARAMBURO-Uribe acknowledged he understood.

ARAMBURO-Uribe was escorted to the security office where a secondary examination was conducted. During the examination a white shopping bag, carried by ARAMBULO-Uribe was searched and found to contain two (2) white envelopes, wrapped in a brown jacket. The envelopes contained approximately $22,758 USD. ARAMBULO-Uribe was asked about the currency. ARAMBULO-Uribe stated it was proceeds from the sale of used vehicles, though he could not provide any receipts or other documentation regarding the sale of vehicles and stated he did not know the last name of a business associate, who had actually conducted the transaction on his behalf.

Immigration and Customs Special Agents and Border Patrol Officer Ballesteros counted the currency and found the total amount to be $34,758 USD.

ARAMBURO-Uribe declined to provide any further statements exercising his Miranda rights.

Executed on __2/21/08__ (date) at __1630hrs__ (time)

_____
Special Agent