1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Armando Aramburo-Uribe

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10          **(HONORABLE WILLIAM McCURINE, JR.)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08MJ0517 |
| | ) | |
| 12 Plaintiff, | ) | |
| | ) | |
| 13 v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| 14 ARMANDO ARAMBURO-URIBE, | ) | |
| | ) | |
| 15 Defendant. | ) | |
| 16 _____ | ) | |

17    Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18              U.S. Attorney CR
              Efile.dkt.gc2@usdoj.gov

20                              Respectfully submitted,

22 DATED:    February 26, 2008          /s/ Elizabeth M. Barros
                                         **ELIZABETH M. BARROS**
23                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Armando Aramburo-Uribe