MAR 2 0 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>     v.                              )<br>                                     )<br>ARMANDO ARAMBURO-URIBE,              )<br>                                     )<br>            Defendant.               )<br>_____) | Criminal Case No. 08CR0822-W<br><br>I N F O R M A T I O N<br><br>Title 31, U.S.C., Sec. 5316(a)(1)(A) - Failure to File Reports on Exporting Monetary Instruments;<br>Title 18, U.S.C., Sec. 982(a)(1) - Criminal Forfeiture |

The United States Attorney charges:

<u>Count 1</u>

On or about February 20, 2008, within the Southern District of California, defendant ARMANDO ARAMBURO-URIBE, did knowingly and unlawfully transport, or was knowingly and unlawfully about to transport, monetary instruments of more than $10,000 at one time from a place in the United States to or through a place outside the United States, namely, the Republic of Mexico, without filing a report of said transportation in that time and place as prescribed by the Secretary of the Treasury; in violation of Title 31, United States Code, Section 5316(a)(1)(A).

//

//

//

WDK:pcf
3/4/08

## FORFEITURE ALLEGATION

The allegations contained in Count 1 is realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 982.

As a result of committing the offense alleged in Count 1 and pursuant to Title 18, United States Code, Section 982, defendant ARMANDO ARAMBURO-URIBE shall forfeit to the United States all property, real and personal, involved in said offense and all property traceable to such property, including but not limited to, more than $10,000 in monetary instruments; all in violation of Title 31, United States Code, Section 5316, and Title 18, United States Code, Section 982.

DATED: March 20, 2008.

KAREN P. HEWITT
UNITED STATES ATTORNEY

DOUGLAS KEEHN
Assistant U.S. Attorney