AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAR 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ARMANDO ARAMBURO-URIBE | CASE NUMBER: 08CR0822-W |

I, ARMANDO ARAMBURO-URIBE, the above named defendant, who is accused of

Title 31, U.S.C., Sec. 5316(a)(1)(A) - Failure to File Reports on Exporting Monetary Instruments;
Title 18, U.S.C., Sec. 982(a)(1) - Criminal Forfeiture

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/20/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ARMANDO X
ARMANDO ARAMBURO-URIBE
Defendant

ELIZABETH BARROS
Counsel for Defendant

Before _____
JUDICIAL OFFICER