1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Armando Aramburo-Uribe

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE THOMAS J. WHELAN)**

11 | UNITED STATES OF AMERICA,        )   Case No. 08CR0822-W
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )   **CERTIFICATE OF SERVICE**
                                      )
14 | ARMANDO ARAMBURO-URIBE,           )
                                      )
15 |         Defendant.                )
   |_____   )

16

17         Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                          U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov
19

20                                   Respectfully submitted,

21

22 | DATED:      May 5, 2008           /s/ Elizabeth M. Barros
                                      **ELIZABETH M. BARROS**
23                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Armando Aramburo-Uribe
24

25

26

27

28