UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>ARMANDO ARAMBURO-URIBE,<br><br>　　　　　　　　Defendant. | CASE NO. 08CR0822-W<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>MAY 1 5 2008<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY　　　　　　　DEPUTY |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

__X__　of the offense(s) of: __31 USC 5316(a)(1)(A); 18 USC 982(a)(1) - FAILURE TO FILE REPORTS ON EXPORTING MONETARY INSTRUMENTS; CRIMINAL FORFEITURE__

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 14, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CATHY ANN BENCIVENGO
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

　　　　　　　　　　　　　　ENTERED ON _____