UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER __08CR0822-W__
                         )
        vs               )  ABSTRACT OF ORDER
                         )
Armando Aramburo-Uribe   )  Booking No. __07290293__
                         )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
   Be advised that under date of __5-14-08__
the Court entered the following order:

__X__ Defendant be released from custody. (as to this case only)
____ Defendant placed on supervised / unsupervised probation / supervised release.
____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
____ Defendant released on $_____ bond posted.
____ Defendant appeared in Court. FINGERPRINT & RELEASE.
____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.
____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
      _____ dismissing appeal filed.
____ Bench Warrant Recalled.
____ Defendant forfeited collateral.
__X__ Case Dismissed.
____ Defendant to be released to Pretrial Services for electronic monitoring.
__X__ Other. __Dft indicted in case no. 08CR1281-BTM__

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE
         OR
W. SAMUEL HAMRICK, JR.  Clerk
by _____
          Deputy Clerk

Received _____ DUSM

Crim-9  (Rev 6-95)                        ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY